


UNITED STATES DISTRICT COURT

IN THE EASTERN DISTRICT OF MICHIGAN

PAUL BROWN, WILLIAM FANALY,
CHARLES THOMAS GARY RIGGS,
ROBERT ORLIKOWSKI, SCOTT WAY,

Case No.: 04-CV 72316
Hon. Paul D. Borman

    Plaintiffs,

v

CASSENS TRANSPORT COMPANY and
CRAWFORD & COMPANY, foreign
corporations, and DR. SAUL MARGULES,

    Defendants.

---

| | |
|---|---|
| Marshall Lasser P25573<br>MARSHALL LASSER PC<br>Attorney for plaintiffs<br>P.O. Box 2579<br>Southfield MI 48037<br>248-647-7722<br><br>Kendall B. Williams P27896<br>Timothy R. Winship P44779<br>The Williams Firm, P.C.<br>Attorneys for Defendant Dr. Saul Margules<br>8263 S. Saginaw Street #6<br>Grand Blanc, MI 48439<br>810-695-7777 | Janet Lanyon P34844<br>Kenneth Zatkoff P40601<br>Attorneys for defendants Cassens<br>Transport Co and Crawford & Co<br>Dean & Fulkerson PC<br>801 W. Big Beaver Rd ste 500<br>Troy MI 48084<br>248 362 1300 |

---

### NOTICE OF APPEAL

Notice is hereby given that PAUL BROWN, WILLIAM FANALY, CHARLES THOMAS, GARY RIGGS, ROBERT ORLIKOWSKI and SCOTT WAY, hereby appeal to the United States Court of Appeals for the Sixth Circuit from The Opinion and Order Granting

Defendant's Motion to Dismiss Plaintiff's Complaint Under Rule 12(b)(6) entered on July 15, 2005.

_____
Marshall Lasser P25573
MARSHALL LASSER PC
Attorney for plaintiffs
P.O. Box 2579
Southfield MI 48037
248-647-7722


Dated: July 28, 2005



C:\wp51\DOCS\cassens\RICOAppeal\NoticeOfAppeal.wpd