UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL BROWN, et al.,

        Plaintiff(s),              CIVIL ACTION NO.04-72316
-vs-                                            PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

CASSENS TRANSPORT COMPANY, et al.
        Defendant(s).
_____/

ORDER TO STRIKE ORIGINAL DOCUMENTS
AND REMOVE IMAGE FROM CM-ECF

**UPON** review the court has determined that the SUPPLEMENTAL BRIEF APPEALING MAGISTRATE CAPEL'S ORDER accepted for filing by the Clerk of the Court on 12/22/05, does not comply with LR 7.1 (3) **Length of Briefs.** (B) " The text of a reply brief, including footnotes and signatures, may not exceed 5 pages."

**THEREFORE**, the document(s) shall be attached to this order and deemed not a part of the record in this case.

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  January 4, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 4, 2006.

                                          s/Jonie Parker
                                            Case Manager